```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                        ECF CASE
                                    )
UNITED STATES OF AMERICA            )
                                    )    NOTICE OF APPEARANCE AND REQUEST
            v.                      )      FOR ELECTRONIC NOTIFICATION
                                    )           08 Cr. 0162 (RPP)
JACOB NATANOV,                      )
                                    )
            Defendant.              )
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case for the United States and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
         Southern District of New York


by:  /s/ Avi Weitzman
     Avi Weitzman
     Assistant United States Attorney
     (212) 637-1205

TO:   Albert Y. Dayan, Esq. (by ECF)