UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -    :   INDICTMENT   *RCD*

JACOB NATANOV,      :   SI 08 Cr. 162 (RPP)
  a/k/a "Jeff Jacobs,"
  a/k/a "E. Perez,"

    Defendant.

- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 17 2008

COUNT ONE
(Conspiracy to Commit Mail Fraud)

The Grand Jury charges:

The Fraudulent Scheme

  1. From at least in or about March 2006 through and including in or about June 2007, JACOB NATANOV, a/k/a "Jeff Jacobs," a/k/a "E. Perez," the defendant, participated in a fraudulent scheme by which victims throughout the United States -- most of whom were elderly individuals -- were contacted by telephone and informed that they had won a substantial cash prize in a sweepstakes lottery. The victims were advised that, in order to claim the prize, they first needed to pay several thousand dollars in fees. The victims were instructed to send the money for the fees by an overnight mail carrier to an address in New York City. In order to hide the nature of the package, the victims were typically instructed to send the cash hidden inside of a magazine or book. In actuality, however, there was no cash prize, and no cash award ever was sent to the victims, despite

the fact that the victims sent thousands of dollars of supposed fees to the members of the conspiracy.

2. Among the locations to which the victims were directed to mail their packages filled with cash were two businesses owned and operated by JACOB NATANOV, the defendant: one was a jewelry store in Queens, New York (the "NATANOV JEWELRY STORE"), and a second was a barbershop in Manhattan, New York (the "NATANOV BARBERSHOP").

3. The victims who were directed to send cash packages to the NATANOV JEWELRY STORE were often instructed to send the packages addressed to, among other names, "Jeff Jacobs." On multiple occasions, JACOB NATANOV, the defendant, personally signed for and took possession of the packages of cash addressed to "Jeff Jacobs."

4. The victims who were directed to send cash deliveries to the NATANOV BARBERSHOP were often instructed to send the deliveries addressed to "E. Perez." On multiple occasions, JACOB NATANOV, the defendant, instructed another individual to accept the deliveries and to sign the name "Perez," even though no one by the name "E. Perez" was present or employed at the NATANOV BARBERSHOP.

5. Moreover, on at least one occasion, a victim was directed to send a package filled with thousands of dollars in cash to a news stand located near the NATANOV JEWELRY STORE.

JACOB NATANOV, the defendant, instructed the operator of the news stand to accept delivery on NATANOV's behalf.

## Statutory Allegations

6. From at least in or about March 2006, through and including in or about June 2007, in the Southern District of New York and elsewhere, JACOB NATANOV, a/k/a "Jeff Jacobs," a/k/a "E. Perez," the defendant, and others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the laws of the United States, to wit, to commit mail fraud in violation of Title 18, United States Code, Section 1341.

7. It was a part and an object of the conspiracy that JACOB NATANOV, a/k/a "Jeff Jacobs," a/k/a "E. Perez," the defendant, and others known and unknown, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice, and attempting so to do, did place in a post office and authorized depository for mail matter, matters and things to be sent and delivered by the Postal Service, and did deposit and cause to be deposited matters and things to be sent and delivered by private and commercial interstate carriers, and did take and receive therefrom, such matters and things, and did cause to be

delivered by mail and such carriers, according to the direction thereon, such matters and things, in violation of Title 18, United States Code, Section 1341.

## OVERT ACTS

8. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a. In or about early February 2007, JACOB NATANOV, a/k/a "Jeff Jacobs," a/k/a "E. Perez," the defendant, asked an employee at the NATANOV BARBERSHOP in Manhattan to accept, on NATANOV's behalf, multiple packages addressed to "E. Perez," which contained thousands of dollars in cash.

   b. On or about June 23, 2007, NATANOV took possession of a FedEx package containing approximately $4,000 in cash, which had been delivered to a newsstand in Queens, New York.

   c. On or about June 26, 2007, NATANOV took possession of a FedEx package containing approximately $4,000 in cash, which had been delivered the NATANOV JEWELRY STORE.

   (Title 18, United States Code, Section 1349.)

## COUNTS TWO AND THREE
### (Mail Fraud)

The Grand Jury further charges:

9. The allegations of paragraphs 1 through 5 above are repeated and realleged as though set forth in full in these Counts.

### Statutory Allegations

10. On or about the dates set forth below, in the Southern District of New York and elsewhere, JACOB NATANOV, a/k/a "Jeff Jacobs," a/k/a "E. Perez," the defendant, unlawfully, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting so to do, did place in a post office and authorized depository for mail matter, matters and things to be sent and delivered by the Postal Service, and did deposit and cause to be deposited matters and things to be sent and delivered by private and commercial interstate carriers, and did take and receive therefrom, such matters and things, and did cause to be delivered by mail and such carriers, according to the direction thereon, such matters and things, to wit, NATANOV, having devised a scheme to obtain cash from victims through false promises of substantial cash prizes, received and took possession of packages sent to him by mail, using fictitious names.

-5-

| COUNT | ADDRESS MAILED TO | APPROX. DATE OF MAILING | NAME OF RECIPIENT |
|---|---|---|---|
| 2 | 55 West 47th Street, #602B New York, N.Y. | February 2, 2007 | "E. Perez" |
| 3 | 55 West 47th Street, #602B New York, N.Y. | February 5, 2007 | "E. Perez" |

(Title 18, United States Code, Sections 1341 and 2.)

## COUNTS FOUR AND FIVE
(Fictitious Name or Address)

The Grand Jury further charges:

11. The allegations of paragraphs 1 through 5 above are repeated and realleged as though set forth in full in these Counts.

### Statutory Allegations

12. On or about the dates set forth below, in the Southern District of New York and elsewhere, JACOB NATANOV, a/k/a "Jeff Jacobs," a/k/a "E. Perez," the defendant, unlawfully, willfully and knowingly, for the purpose of conducting, promoting, and carrying on by means of the Postal Service, a scheme and artifice to defraud, to wit, a scheme to defraud victims of thousands of dollars in cash by having them mail such cash in packages that are addressed to false names at certain addresses in the New York metropolitan area, did use and assume, and request to be addressed by a fictitious, false and assumed name other than his own proper name, and did take and receive from a post office and authorized depository of mail matter,

letters, postal cards, packages, and other mail matter addressed to such fictitious, false and assumed names, and names other than his own proper name, to wit, the defendant used and caused others to use the following false names to accept packages containing thousands of dollars of cash, as described in paragraphs 1 through 5 above:

| COUNT | APPROX. DATE | FALSE NAME |
|---|---|---|
| 4 | February 2, 2008 | "E. Perez" |
| 5 | February 5, 2007 | "E. Perez" |

(Title 18, United States Code, Sections 1342 and 2.)

## COUNT SIX
### (Conspiracy to Commit Money Laundering)

The Grand Jury further charges:

13. The allegations of paragraphs 1 through 5 above are repeated and realleged as though set forth in full in these Counts.

### Statutory Allegations

14. From in or about March 2006 through and including in or about June 2007, in the Southern District of New York and elsewhere, JACOB NATANOV, a/k/a "Jeff Jacobs," a/k/a "E. Perez," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i) of Title 18, United States Code.

15. It was a part and an object of the conspiracy that JACOB NATANOV, a/k/a "Jeff Jacobs," a/k/a "E. Perez," the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, unlawfully, willfully, and knowingly would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, with the intent to promote the carrying on of unlawful activity and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) & 1956(a)(1)(B)(i).

## OVERT ACTS

16. In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a. In or about early February 2007, JACOB NATANOV, a/k/a "Jeff Jacobs," a/k/a "E. Perez," the defendant, took possession of multiple FedEx packages containing thousands

of dollars in cash, which were the proceeds of a fraudulent lottery scheme.

   b. On or about June 23, 2007, NATANOV took possession of a FedEx package that contained approximately $4,000 in cash, which were the proceeds of a fraudulent lottery scheme.

   c. On or about June 26, 2007, NATANOV took possession of a FedEx package containing approximately $4,000 in cash, which were the proceeds of a fraudulent lottery scheme.

   (Title 18, United States Code, Section 1956(h).)

**FORFEITURE ALLEGATION**

   17. As a result of committing the mail fraud and money laundering offenses alleged in Counts One through Six of this Indictment, JACOB NATANOV, a/k/a "Jeff Jacobs," a/k/a "E. Perez," the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 982, all property, real and personal, involved in the mail fraud and money laundering offenses and all property traceable to such property, including but not limited to the following:

   a. A sum of money equal to $500,000 in United States currency, in that such sum in aggregate is property which was involved in the money laundering offenses or is traceable to such property.

<u>Substitute Asset Provision</u>

   b. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

      i. cannot be located upon the exercise of due diligence;

      ii. has been transferred or sold to, or deposited with, a third person;

      iii. has been placed beyond the jurisdiction of the Court;

      iv. has been substantially diminished in value; or

      v. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 982, 1341, 1342, 1349, and 1956.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JACOB NATANOV,
a/k/a "Jeff Jacobs,"
a/k/a "E. Perez,"

Defendant.

SUPERSEDING INDICTMENT

(Title 18, United States Code,
Sections 1341, 1342,
1349, 1956(h), and 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]* Foreperson.